IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **LEIA SMITH** | : |
| **PLAINTIFF** | : Civil Action No. 3:17CV-00300-JHM |
| v. | : CHIEF JUDGE JOSEPH H. MCKINLEY, JR. |
| **MANAGEMENT NETWORK U.S.A, INC.** | : |
| **DEFENDANT** | : |

## ORDER

This matter is before the Court upon Defendant's motion to dismiss [DN 12] and the court being sufficiently advised, **IT IS ORDERED** that the motion is **DENIED.**

The Court agrees that the Defendant has not been properly served, however, good cause has been shown to extend the time for Plaintiff to attempt proper service. Therefore, Plaintiff shall effectuate proper service upon the Defendant **on or before January 31, 2018, or show cause why this case should not be dismissed for failure to accomplish service upon the Defendant.**

So ordered.

*Joseph H. McKinley, Jr.*
**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

October 30, 2017

Copies to:   Counsel of record