AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Christopher Estrada
was received by me on *(date)* Feb. 7, 2019 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Via USPS Certified Mail with Return Receipt. Returned to us on Feb. 19, 2019 as undeliverable

My fees are $ Ø for travel and $ Ø for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/29/19

*Jon Christy*
Server's signature

Jon Christy
Printed name and title

239 S. Fifth St., Suite 1400, Louisville, Ky 40202
Server's address

Additional information regarding attempted service, etc: