UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

LEIA SMITH                                                                                            PLAINTIFF

v.                                                          CIVIL ACTION NO. 3:17-CV-00300-JRW-RSE

MANAGEMENT NETWORK U.S.A., INC., et al.                              DEFENDANTS

### ORDER GRANTING ENTRY OF DEFAULT

Leia Smith moved for entry of default against Defendant Management Network U.S.A., Inc. ("Management"). DN 75. Management filed an Answer on December 11, 2017. DN. 20. However, its attorneys withdrew on January 7, 2019. DN 53. The Court ordered Management to secure new counsel. *Id.* Management violated that Order by failing to secure new counsel. Twice more, the court ordered Management to secure new counsel, and Management ignored those Orders, too. DNs 55 and 57. In failing to secure new counsel and ignoring multiple Orders to do so, Management has effectively failed to defend the action against it.

Accordingly, the Court **GRANTS** Smith's unopposed motion for entry of default. DN 75. The Court **DIRECTS** the Clerk of Court to **ENTER DEFAULT** against Management. Smith's deadline for moving for default judgment against Management is twenty-one days from entry of this Order.

Justin R Walker, District Judge
United States District Court