UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

LEIA SMITH                                                                                      PLAINTIFF

v.                                            CIVIL ACTION NO. 3:17-CV-00300-JRW-RSE

MANAGEMENT NETWORK U.S.A., INC., et al.                                    DEFENDANTS

**DEFAULT JUDGMENT
AGAINST MANAGEMENT AND GARCIA**

1. The Court granted Leia Smith's default judgment motion against Management Network, U.S.A., Inc. ("Management") and Arturo Garcia.

2. Management and Garcia are liable to Smith for **$38,781.16**, jointly and severally, until paid in full.

3. Post-judgment interest accrues on this amount in accordance with 28 U.S.C. § 1961.

*Justin R Walker, District Judge*
*United States District Court*

March 31, 2020