Case 3:17-cv-00300-JRW-RSE  Document 82  Filed 04/10/20  Page 1 of 1 PageID #: 310
Case 3:17-cv-00300-JRW-RSE  Document 81  Filed 03/31/20  Page 1 of 1 PageID #: 309
Case 3:17-cv-00300-JRW-RSE  Document 80  Filed 03/31/20  Page 1 of 2 PageID #: 307

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

LEIA SMITH                                                                                    PLAINTIFF

v.                                                                                    300-JRW-RSE

MANAGEMENT                                                                     EFENDANTS

1.  T                                                                              Management

Network USA, I

2.  T                                                                              v Cause Order

(DN 77).

3.  T

After Sm                                                                          mortgage loan

and promised to                                                                   ment $3,525.56

to avoid foreclo                                                                  npany.³  Smith

lost her home.⁴

---

¹ DN 49 ¶
² DN 49 ¶
³ DN 49 ¶
⁴ DN 78 ¶
⁵ DN 49. S

